[No. 3190-0-III. Division Three. March 6, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
T. PATRICK, *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 3839, Albert J. Yencopal, J., entered
December 14, 1978. *Reversed* by unpublished opinion per
Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 3057-1-III. Division Three. March 6, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
LOWRIE, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 78-1-00358-2, Carl L. Loy, J., entered
August 30, 1978. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 3223-0-III. Division Three. March 6, 1980.]

KENNETH G. COONE, *Appellant*, v. JAMES
E. RAINWATER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 78-2-00967-0, Bruce P. Hanson, J.,
entered December 22, 1978. *Reversed* by unpublished opin-
ion per Green, C.J., concurred in by Munson and McIn-
turff, JJ.

[No. 7071-1-I. Division One. March 10, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. GODFREY
CHAMBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86392, Horton Smith, J., entered October 11,
1978. *Reversed* and *remanded* by unpublished opinion per
Williams, J., concurred in by James, A.C.J., and Swanson,
J.